## Robert Jenkins, Appellant, v. Equitable Life Assurance Society of the United States, Appellee.

**Gen. No. 9,475.**

Heard in this court at October term, 1939; opinion filed April 26, 1940; rehearing denied June 18, 1940. Krohn & MacDonald, Sidney Rothblatt and Harry Jaffe, for appellant; Stuart B. Krohn, of counsel; Mayer, Meyer, Austrian & Platt and Hall & Hulse,

for appellee; Miles G. Seeley, Albert L. Hall, Harry A. Hall and Marshall Meyer of counsel. Opinion by PRESIDING JUSTICE WOLFE. "Not to be published in full."